```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-80201-Civ-HURLEY
                                      (07-80077-Cr-HURLEY)
                              MAGISTRATE JUDGE P. A. WHITE
```

BRANDON BEASLEY,                :

    Movant,                     :

v.                              :

UNITED STATES OF AMERICA,       :

    Respondent.                 :

---

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE, ENTERING FINAL JUDGMENT DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND CLOSING CASE

**THIS CAUSE** is before the court upon a petition for writ of habeas corpus and the Report and Recommendations of the Honorable Patrick A. White, United States Magistrate Judge.

Pursuant to Fed.R.Civ.P. 72(b), "[T]he district judge ... shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within fourteen days of service of the Report and Recommendations, and that the objecting party arrange for transcription of sufficient portions of the record. Fed.R.Civ.P. 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." Id. Portions of the Report and Recommendations that are not specifically objected

to are subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. §636(b)(1).

After considering the Report of the Magistrate Judge, as well as, any objections filed thereto, and after conducting a *de novo* review of the record as a whole, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendations of the United States Magistrate Judge (DE# 14) is **ADOPTED** in its entirety and incorporated herein by reference.

2. The petition for writ of habeas corpus is **DENIED**.

3. All pending motions not otherwise ruled upon are **DENIED**, as moot.

4. This case is **CLOSED**.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida on this 30th day of Nov., 2010.

UNITED STATES DISTRICT JUDGE

cc: Brandon Beasley, pro se
Reg. No. 72775-004
FCI-Estill
Federal Correctional Institution
Inmate Mail/Parcels
PO Box 699
Estill, SC 29918

AUSA Janice Le Clainche
AUSA Anne Ruth Schultz